MICHAEL COGAN (SBN: 65479)
Attorney at Law
*Attorneys for Plaintiff*
DEREK RHODEHOUSE

AMIR NASSIHI (SBN: 235936)
anassihi@shb.com
SANDRA L. SHELDON (SBN: 271555)
ssheldon@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281

*Attorneys for Defendant*
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RHODEHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1 TO 20, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01892-JAM-CMK<br><br>**STIPULATION AND ORDER EXTENDING PENDING DATES BY 60 DAYS**<br><br>Complaint Filed: January 4, 2015<br>1st Amended Complaint Filed: July 5, 2016<br>2nd Amended Complaint Filed: December 21, 2016 |

1.   On August 10, 2016, Defendant Ford Motor Company removed this action from the Superior Court of California for the County of Trinity to the United States District Court, Eastern District of California.

2.   On December 5, 2016, the Court granted in part, and denied in part, Ford's motion to dismiss the action.

3.   On December 21, 2016, Plaintiff filed his second amended complaint.

4.   On January 4, 2017, the Court issued its Status (Pre-Trial Scheduling) Order, setting various discovery deadlines and trial for May 21, 2018.

5.　　　The parties have engaged in discovery cooperatively. Plaintiff has responded to special interrogatories and requests for production. Defendant has deposed Plaintiff, who was a passenger in the vehicle, Mark Suda, the driver of the vehicle, Kyle Martin, a friend of plaintiff, and Tiffany Cato, his relationship. Ford will depose the California Highway Patrol officer who responded to the incident next week. Plaintiff has served requests for admission, special interrogatories, and two sets of requests for production to which responses are being prepared. The parties have also agreed to a medical examination of Plaintiff without the necessity of motion. Plaintiff has also noticed the depositions of two named Ford witnesses. After these depositions, Plaintiff and Ford will meet and confer whether a general Ford deponent will also be noticed.

6.　　　The main reason for the request for this amendment is based upon limitations related by Plaintiff's counsel. Gene Tucker, who had worked for Plaintiff's attorney approximately 14 years, unexpectedly died this past May. The last two months before his death were disruptive as he began to have difficulty, but the terminal nature of his illness was not known. Plaintiff's counsel relates that Mr. Tucker's unexpected death was troubling and difficult for both the professional and personal void it created. Plaintiff's counsel returned early out-of-town upon learning of Mr. Tucker's death and relates that he was required to step in and handle a number of personal issues regarding Mr. Tucker. In addition, Plaintiff's counsel says he had to address the legal matters for which Mr. Tucker had been responsible. Another issue for Plaintiff's counsel is Plaintiff's research assistant of over 22 years has retired recently (although he might possibly come back). This was a development which occurred after Mr. Tucker's death. These events have contributed to significantly limiting the time and ability of Plaintiff's counsel to focus on this case. Counsel for Plaintiff has no other attorney or research assistant working for him at the moment and is in the process of advertising for an attorney to assist him with his practice.

7.　　　As such, the Parties hereby stipulate and respectfully request that this Court consider the foregoing as good cause to amend the existing Pre-Trial Scheduling Order to continue all pending dates by 60 days, to the following:

389832 v1

a. The parties shall make expert witness disclosures under Fed R. Civ. P. 26(a)(2) by December 18, 2017;

b. Supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26(a)(2)(c) shall be made by January 8, 2018;

c. All discovery shall be completed by February 20, 2018;

d. All dispositive motions shall be filed by April **10**, 2018;

e. Hearing on such dispositive motions shall be on **May 8**, 2018 at 1:30 p.m. or as soon thereafter as this Court will permit;

f. The final pre-trial conference be set for June **15**, 2018 at 10:00 a.m.; and

g. Jury trial in this matter be set for July **23**, 2018 at 9:00 a.m., or as soon thereafter as this Court will permit.

Dated: September 28, 2017

Respectfully submitted,

LAW OFFICES OF MICHAEL COGAN

By: */s/ Michael Cogan* *(as authorized 9/28/17)*
    Michael Cogan

Attorney for Plaintiff
DEREK RHODEHOUSE

Dated: September 28, 2017

SHOOK, HARDY & BACON L.L.P.

By: */s/ Sandra L. Sheldon*
    Amir Nassihi
    Sandra L. Sheldon

Attorneys for Defendant
FORD MOTOR COMPANY

Pursuant to Stipulation, it is so ordered **as modified by the Court.**

DATED: 9/29/2017

/s/ John A. Mendez
United States District Court Judge

389832 v1