MICHAEL COGAN (SBN: 65479)
Michael.michaelcogan@gmail.com
Law Offices of Michael Cogan
1388 Court Street, Suite E
Redding, CA 96001
Telephone: 530-246-1112
Facsimile: 530-243-6079
*Attorney for Plaintiff*
DEREK RHODEHOUSE

FRANK P. KELLY III (SBN: 083473)
fkelly@shb.com
AMIR NASSIHI (SBN: 235936)
anassihi@shb.com
SANDRA L. SHELDON (SBN: 271555)
ssheldon@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

BRADLEY W. PETERSEN (*admitted pro hac vice*)
bpetersen@slatterypetersen.com
SLATTERY PETERSEN PLLC
2828 North Central Avenue., Suite 1111
Phoenix, Arizona 85004
Telephone: (602) 507-6108
Facsimile: (866) 323-9593

*Attorneys for Defendant*
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RHODEHOUSE, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY and DOES 1 TO 20, Inclusive, <br><br> Defendants. | Case No. 2:16-cv-01892-JAM-CMK <br><br> **STIPULATION AND ORDER EXTENDING PENDING DATES** *(AS MODIFIED)* <br><br> Complaint Filed: January 4, 2015 <br> 1st Amended Complaint Filed: July 5, 2016 <br> 2nd Amended Complaint Filed: December 21, 2016 |

411808 v2

1. On August 10, 2016, Defendant Ford Motor Company removed this action from the Superior Court of California for the County of Trinity to the United States District Court for the Eastern District of California.

2. On December 5, 2016, the Court granted in part, and denied in part, Ford's motion to dismiss the action.

3. On December 21, 2016, Plaintiff filed his second amended complaint.

4. On January 4, 2017, the Court issued its Status (Pre-Trial Scheduling) Order, setting various discovery deadlines and trial for May 21, 2018.

5. On September 29, 2017, the Court granted the Parties' Stipulation and Order Extending Pending Dates by 60 Days, adjusting discovery deadlines and setting trial for July 20, 2018.

6. On February 5, 2018, the Court granted the Parties' Amended Stipulation and Order Extending Pending Dates, adjusting discovery deadlines and setting trial for February 4, 2019.

7. Before May 7, 2018, Plaintiff advised Ford that Plaintiffs expert, Dr. Nicholas Perrone had health issues and would not be able to travel to Sacramento for trial. Plaintiff sought alternate possibilities for Dr. Perrone's testimony and requested Ford agree to an additional expert, Byron Bloch. Ford thereafter requested further information.

8. Since that time, the parties completed discovery on June 1, 2018.

9. On July 5, 2018, the parties had a further conference about some of Ford's anticipated dispositive Motions in which Ford discussed the part of its motions focused on excluding Dr. Perrone's testimony. During this discussion, Plaintiff's counsel explained that he had very recently received a letter from Dr. Perrone's doctor stating that Dr. Perrone is not well enough to travel and that Plaintiff had also confirmed that Dr. Perrone would not be able to testify at trial due to his condition. Plaintiff provided Ford a copy of that letter.

10. Plaintiff requested that Ford allow Plaintiff to designate a new expert, in particular Byron Bloch. Ford declined that request.

411808 v2

11. Plaintiff will be filing by July 13, 2018, a motion to substitute a new expert(s). If that motion is granted, Plaintiff believes that it would be a waste of the Court's time and energy to consider Ford's motions which focus on Dr. Perrone's opinions, methodology, and involvement in this case before this motion is heard.

12. Accordingly, the parties respectfully request a brief extension of approximately six weeks on the deadline for filing dispositive motions to allow Plaintiff to move the Court for relief regarding Dr. Perrone before Ford files its motions.

13. The Parties note that Plaintiff's counsel is out of the country from October 31, 2018 to December 1, 2018. The Parties accordingly stipulate and respectfully request that this Court consider the foregoing as good cause to amend the existing Pre-Trial Scheduling Order to continue pending dates as described below:

    a. All dispositive motions shall be filed by August 24, 2018;

    b. Hearing on such dispositive motions shall be on October 2, 2018 at 1:30 p.m. or as soon thereafter as this Court will permit;

    c. The final pre-trial conference shall be set for October 26, 2018 at 11:00 a.m.; and

    d. Jury trial in this matter shall be set for February 4, 2019 at 9:00 a.m., or as soon thereafter as this Court will permit, with further assessment of the proposed trial date based on developments on Plaintiffs' proposed expert substitution.

Respectfully submitted,

Dated: July 6, 2018

LAW OFFICES OF MICHAEL COGAN

By: */s/ Michael Cogan (as authorized on 7/6/18)*
      Michael Cogan

Attorney for Plaintiff
DEREK RHODEHOUSE

411808 v2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 6, 2018 | SHOOK, HARDY & BACON L.L.P. |
| 3 | | By: */s/ Amir Nassihi* |

Dated: July 6, 2018    SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
    Frank P. Kelly III
    Amir Nassihi
    Sandra L. Sheldon

BRADLEY W. PETERSEN (*admitted pro hac vice*)
SLATTERY PETERSEN PLLC

Attorneys for Defendant
FORD MOTOR COMPANY

**Pursuant to Stipulation, it is so ordered.** *(AS MODFIED)*

Dated: 7/6/2018

/s/ John A. Mendez
United States District Court Judge

411808 v2