Michael Cogan (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA 96001
Telephone: (530) 246-1112
Fax: (530) 243-6079

Attorney for Plaintiff
**Derek Rhodehouse**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

---oOo—

| | |
|---|---|
| DEREK RHODEHOUSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY and DOES 1 to 20, Inclusive,,<br><br>　　　　　Defendants.<br>_____/ | Case No. 2:16-cv-01892-JAM-CMK<br><br>[~~Proposed~~] **ORDER CONTINUING HEARING OF DISPOSITIVE MOTIONS**<br><br>Complaint Filed: January 4, 2015<br>1st Amended Complaint Filed: July 5, 2016<br>2nd Amended Complaint Filed: December 21, 2016<br><br>**Judge: Hon. John A. Mendez** |

Plaintiff having made ex parte application for an Order continuing the dispositive motions presently set for October 2, 2018, at 1:30 p.m. to October 16, 2018, 1:30 p.m. and Defendant Ford Motor Company having no objection to this continuance,

IT IS HEREBY ORDERED that the hearing of Defendant Ford Motor Company's dispositive motion is continued to October 16, 2018, at 1:30 p.m. in

///

///

[Proposed] Order Continuing Hearing of Dispositive Motions

Department 6, 14th Floor of the Federal Courthouse at 501 I Street, Sacramento, California.

Dated: September 11, 2018

*[signature]*
United States District Judge