Michael Cogan (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA 96001
Telephone: (530) 246-1112
Fax: (530) 243-6079

Attorney for Plaintiff
**Derek Rhodehouse**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oOo---

| | |
|---|---|
| DEREK RHODEHOUSE, | Case No. 2:16-cv-01892-JAM-CMK |
| Plaintiff, | [Proposed] ORDER ON REQUEST TO SEAL DOCUMENTS |
| vs. | Date: October 16, 2018 |
| FORD MOTOR COMPANY and DOES 1 to 20, Inclusive,, | Time: 1:30 p.m.<br>Ctrm: 6 |
| Defendants. | Judge: Hon. John R. Mendez |

Upon consideration of the Request to Seal Documents pursuant to the guidelines of *Federal Rules of Civil Procedure Section 5.2* and *Local Rules 140 and 141* requiring redactment of personal identifying information which was contained in the exhibits to Federal Filing 55-2, the Request is granted and counsel for Plaintiff is directed to resubmit the Declaration of Derek Rhodehouse

///

///

[Proposed] ORDER ON REQUEST TO SEAL DOCUMENTS

1

in Support of Opposition to Motion for Summary Judgment with redacted exhibits for filing.

DATED: October 12, 2018

_____
Honorable John A. Mendez

[Proposed] ORDER ON REQUEST TO SEAL DOCUMENTS