Michael Cogan (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA   96001
Telephone:   (530) 246-1112
Fax:              (530) 243-6079

Attorney for Plaintiff
**Derek Rhodehouse**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| DEREK RHODEHOUSE, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY and DOES 1 to 20, Inclusive,, <br><br> Defendants.<br>_____/ | Case No. 2:16-cv-01892-JAM-DMC <br><br> [Proposed] **ORDER ON APPLICATION OF PLAINTIFF FOR EX PARTE ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO COST BILL** <br><br> **Judge:   Hon. John A. Mendez** |

On November 19, 2018, counsel for Plaintiff, Derek Rhodehouse, submitted an Ex Parte Application for Order Extending Deadline to File Objections to Cost Bill.

Upon consideration of the contents of said Application, agreement of Defendant Ford Motor Company's counsel agreeing to said request, and good

/ / /

/ / /

---

[Proposed] Order on Application of Plaintiff for Ex Parte Order Extending Deadline to File Objections to Cost Bill

1

cause appearing, the Application for Ex Parte Order Extending Deadline to File Objections to Cost Bill to December 15, 2018, is hereby granted.

IT IS SO ORDERED.

Dated: November 20, 2018

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[Proposed] Order on Application of Plaintiff for Ex Parte Order Extending Deadline to File Objections to Cost Bill